# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMAL VARISTE

NO. 2023 KW 0214

**MAY 8, 2023**

---

In Re:    Jamal Variste, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 03-14-0058.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's motion for production of documents on March
31, 2023.

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT